```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 05854
   ROBERT LOUIS CARTER JR
   STEPHANIE DIANE CARTER                   CHAPTER 13

                                            JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-3682    SSN XXX-XX-7067
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/02/07 .

   2.  The case was dismissed without confirmation, 10/26/2007.

   3.  The Debtor paid a total of $  13431.96 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| LAKEWOOD FALLS COMMUNITY | SECURED | .00 | .00 | 80.00 |
| GSAC | SECURED VEHIC | .00 | .00 | 2628.00 |
| MITSUBISHI MOTOR CRED OF | SECURED VEHIC | .00 | .00 | 790.00 |
| AFFIRMATIVE INSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| ALLIANCE ASSET MANAGEMEN | UNSECURED | NOT FILED | .00 | .00 |
| BLACK EXPRESSIONS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CHADWICKS OF BOSTON | UNSECURED | NOT FILED | .00 | .00 |
| CROSSINGS BOOK CLUB | UNSECURED | NOT FILED | .00 | .00 |
| LANE BRYANT | UNSECURED | NOT FILED | .00 | .00 |
| LERNERS | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| SPIEGEL | UNSECURED | NOT FILED | .00 | .00 |

         Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 3498.00 | .00 | .00 | .00 | 3498.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 3498.00 | .00 | .00 | .00 | 3498.00 |

The Debtor's attorney, PETER FRANCIS GERACI           , was allowed $  3000.00
and was paid $  2400.00  direct and $   600.00  through the plan.

The Trustee received $    133.55 .

Refunds to the Debtor totaled $   9200.41 .

   Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/14/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


                         PAGE   2
     CASE NO. 07 B 05854 ROBERT LOUIS CARTER JR & STEPHANIE DIANE CARTER